Dated: 10/6/2020

GRANTED. NO OBJECTIONS HAVE BEEN FILED.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

| In re: | Chapter 7 |
|---|---|
| **SVETLANA K. SHEVCHUK** | Case No.: 20-30094-EDK |
| Debtor | |

## MOTION FOR AUTHORITY TO COMPROMISE

Now comes Gary M. Weiner, Esq., the duly appointed Chapter 7 Trustee (the "Trustee") for the Estate of Svetlana K. Shevchuk (the "Debtor"), by and through his counsel, Weiner Law Firm, P.C., and hereby moves, pursuant to Bankruptcy Rule 9019 (a) and MLBR 9019-1 (c), for authority to compromise and release claims of the bankruptcy estate, concerning a certain asset of the Debtor, namely her interest in real property located at 15 Grant Street, Westfield, MA 01085, upon payment of $20,000.00 to the estate. In support of this Motion, the Trustee respectfully states as follows:

1. On February 10, 2020, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Code").

2. On February 11, 2020, the Plaintiff, Gary M. Weiner, Esq., was appointed as the Chapter 7 Trustee in this case and he continues to serve in that capacity.

3. The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. § 157 (b)(2) (A).

4. On Schedule A, the Debtor lists her one-half interest in certain real property located at 15 Grant Street, Westfield, MA 01085 (the "Property"). The Debtor lists the fair market value of the Property on her Schedule A as $185,000.00 based upon a market analysis, which was provided to the Trustee.